UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3017 MRW | Date | May 8, 2020 |
|---|---|---|---|
| Title | Sunbelt Rentals v. Veritas Funding | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a notice to dismiss this case without prejudice.  (Docket # 16.)  This action is dismissed without prejudice.